```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08104
   RODNEY M COLE
   SHAMONE COLE                              CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6682    SSN XXX-XX-9717

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/10/2006 and was confirmed 09/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/19/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED        1173.60           .00         20.98
CITY OF CHICAGO DEPT OF    SECURED           390.00           .00        187.00
CITY OF CHICAGO WATER DE   NOTICE ONLY    NOT FILED           .00           .00
CONDOR CAPITAL CORP        SECURED          9000.00        991.94       3569.48
CONDOR CAPITAL CORP        UNSECURED         347.73           .00           .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY    NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY    NOT FILED           .00           .00
THE BANK OF NEW YORK       NOTICE ONLY    NOT FILED           .00           .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG       .00            .00           .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE   5506.16            .00       5506.16
IL STATE DISBURSEMENT UN   DSO ARREARS         .00            .00           .00
COOK COUNTY STATES ATTOR   NOTICE ONLY    NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED        1831.64           .00         32.74
LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED           .00           .00
PEOPLE GAS                 NOTICE ONLY    NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   SECURED             .00            .00           .00
BERNADETTA BATEMAN         NOTICE ONLY    NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         705.35           .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED          46.90           .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY          537.33           .00         537.33
COOK COUNTY TREASURER      SECURED NOT I    2938.12           .00           .00
MONICA C OBRIEN            DEBTOR ATTY     2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                        827.46
DEBTOR REFUND              REFUND                                         968.67

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                14,641.76

PRIORITY                                     537.33

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08104 RODNEY M COLE & SHAMONE COLE
```

```
SECURED                                                      9,262.64
    INTEREST                                                   991.94
UNSECURED                                                       53.72
ADMINISTRATIVE                                               2,000.00
TRUSTEE COMPENSATION                                           827.46
DEBTOR REFUND                                                  968.67
                                   ---------------      ---------------
TOTALS                                   14,641.76            14,641.76
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 06/25/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```